O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERI MANNING, | ) Case No. CV 09-8688-SJO (DTB) |
| Plaintiff, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS, |
| | ) CONCLUSIONS AND |
| BOARD OF SUPERVISORS, | ) RECOMMENDATIONS OF UNITED |
| COUNTY OF LOS ANGELES, | ) STATES MAGISTRATE JUDGE |
| et al., | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

///
///
///
///

1

1   IT THEREFORE IS ORDERED that plaintiff's Motion for Summary Judgment is denied; defendants' Cross-Motion for Summary Judgment as to Claim Five of Plaintiff's Third Amended Complaint alleging a Fourth Amendment Violation arising out of plaintiff's arrest on July 15, 2009, is denied; and that defendants' Cross-Motion for Summary Judgment in all other respects is granted.

DATED: October 6, 2011.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE