JS-6

1  JOHN F. KRATTLI, Acting County Counsel
   ROGER H. GRANBO, Assistant County Counsel
2  EDWIN A, LEWIS. Senior Deputy County Counsel
   (SBN 101699) • elewis@counsel.lacounty.gov
3  STEPHEN T. NIWA. Senior Associate County Counsel
   (SBN 231990) • sniwa@counsel.lacounty.gov
4  648 Kenneth Hahn Hall of Administration
   500 West Temple Street
5  Los Angeles, California 90012-2713
   Telephone: (213) 974- 1202 · Fax: (213) 626-2105
6
   Attorneys for Defendants, Andrew Bacey
7  and Robin Soukup

8
## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT
10

11
| GERI MANNING, | CASE NO. CV 09-08688 SJO (DTB) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| SHERIFF'S DEPUTY ANDREW BACEY, individual capacity AND SHERIFF'S DEPUTY ROBIN SOUKUP, individual capacity | |
| Defendant. | |

19   This action came on regularly for trial on March 6, 2012 in Courtroom 1 of
20 the above entitled court, the Honorable S. James Otero, United States District Judge
21 Presiding.  Plaintiff Geri Manning appeared and represented herself *in propria*
22 *persona*; defendants Deputy Andrew Basey and Robin Soukup appeared through
23 their counsel, Stephen T. Niwa, Senior Associate County Counsel.
24   A jury of 8 persons was regularly impaneled and sworn.  Witnesses were
25 sworn and testified.  After hearing the evidence and arguments, the jury was
26 instructed and retired.  The jury deliberated and returned its verdict, finding in favor
27 of Defendants.
28

HOA.868055.1

1 | Thereafter, the jury was polled in open court and all eight jurors answered
2 | verbally that the preceding was their verdict.
3 | **WHEREFORE,** ~~by virtue of the law and by reason of the premises~~
4 | ~~aforesaid:~~
5 | **IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff, Geri
6 | Manning, take nothing by her complaint and that defendants Andrew Basey and
7 | Robin Soukup are the prevailing parties in the action and that Defendants shall
8 | recover their costs in the amount of $ Per Cost Bill.

10 | DATED: March 13, 2012

*S. James Otero*
_____
HON. S. JAMES OTERO
Judge, United States District Court
District Court for the Central District of California